WILLIAM A. FRAZER, Respondent, *v.* DORIS BADER, Defendant, and FRANK G. SHATTUCK COMPANY, Appellant.

Submitted February 24, 1942; decided March 5, 1942.

*William C. Morris* and *Edward M. Fuller* for motion.

*Bernard Meyerson* and *Albert Gondelman* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.

MAMIE LAWRENCE, as Administratrix of the Estate of FRANK C. LAWRENCE, Deceased, Appellant, *v.* PACKARD MOTOR CAR COMPANY OF NEW YORK et al., Respondents.

Submitted February 24, 1942; decided March 5, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 757.)